1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6  MUHAMET SUMAJ,

7                              Plaintiff(s),                          NO. C06-1454MJP

8              v.                                                     MINUTE ORDER

9  BLUE NORTH FISHERIES, INC., et al.,

10                             Defendant(s).

11

12

13        The following minute order is made by the direction of the court, the Honorable Marsha J.

14  Pechman:

15        The Court has reviewed the Motion to Withdraw as Plaintiff's Counsel of Record (Dkt. No.

16  11), filed by attorney John Merriam on May 30, 2007.  The motion is DENIED.

17        Counsel represents that the motion is brought pursuant to General Rule 2(g)(4)(A), but that

18  rule stipulates that an "attorney will ordinarily be permitted to withdraw until sixty days before the

19  discovery cut-off date in a civil case."  A review of the case scheduling order indicates that the

20  discovery cut-off date in the above-entitled matter is June 18, 2007 (Dkt. No. 8) and counsel is well

21  past the sixty-day cut-off for withdrawal.

22        Filed this 5th day of June, 2007.

23                                                         BRUCE RIFKIN, Clerk

24                                                         By      /s Mary Duett
                                                                   Deputy Clerk
25

26  MINUTE ORDER